**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        February 8th, 2010
Courtroom Deputy:     J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 09-cv-02652-RPM

DEBBRA RUSSELL,                                                                 JoAnne P. Hagen

      Plaintiff,

v.

THE BOARD OF COMMISSIONERS                                    Jeannine S. Haag
OF LARIMER COUNTY, COLORADO;                                 William G. Ressue
LARIMER COUNTY SHERIFF'S DEPARTMENT,
Larimer County Colorado;
JAMES A. ALDERDEN, Individually and
in his capacity as Larimer County Sheriff,

      Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Dismiss**

**1:56 p.m.        Court in session.**

Plaintiff present.

Court's preliminary remarks.

1:58 p.m.        Ms. Hagen answers questions asked by the Court regarding case claims.

2:01 p.m.        Argument by Ms. Haag [6].

**ORDERED:   Defendants' Motion to Dismiss, filed December 29, 2009 [6], is granted with respect to all claims except for the Title VII Claim against defendant Sherriff Alderden.**

          **Defendant Board of County Commissioners is dismissed.**

          **Scheduling Conference scheduled May 14, 2010 at 2:00 p.m.**

**2:05 p.m. Court in recess.**   Hearing concluded.  Total time: 9 min.