IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 09-CV-2652-RPM

DEBBRA RUSSELL,

    Plaintiff,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT, Larimer County Colorado; and
JAMES A. ALDERDEN, Individually and in his capacity as Larimer County Sheriff,

    Defendants.
_____

**ORDER SETTING SCHEDULING CONFERENCE**
_____

    Pursuant to the hearing held today, it is

    ORDERED that a scheduling conference will be held on **May 14, 2010, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 6, 2010.**

    The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

    Dated: February 8th, 2010

                                    BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge