IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 09-CV-2652-RPM

DEBBRA RUSSELL,

    Plaintiff,

v.

LARIMER COUNTY SHERIFF'S DEPARTMENT, Larimer County Colorado; and
JAMES A. ALDERDEN, Individually and in his capacity as Larimer County Sheriff,

    Defendants.

_____

## ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE
_____

Pursuant to the hearing held today, it is

ORDERED that a pretrial conference is scheduled for **November 5, 2010, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **October 28, 2010.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend. It is

FURTHER ORDERED that this matter is set for trial to jury on **December 13, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: May 17th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge