IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: **09-cv-02652-RPM**

DEBBRA RUSSELL,

    PLAINTIFF,

v.

JAMES A. ALDERDEN, Individually and in his capacity as Larimer County Sheriff

    DEFENDANT.

---

## ORDER DISMISSING CASE WITH PREJUDICE
---

Pursuant to the Joint Motion to Dismiss with Prejudice [26], filed on August 4, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

Dated this 6th day of August, 2010.

    BY THE COURT

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge